# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY S. DAUBERT, | ) | 1:08cv1611 LJO DLB |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING PLAINTIFF'S |
| | ) | NOVEMBER 7, 2008, FILING |
| v. | ) | |
| CITY OF LINDSAY, | ) | |
| | ) | |
| Defendant. | ) | |

    Plaintiff, appearing pro se and proceeding in forma pauperis, filed the instant complaint under the Americans with Disabilities Act ("ADA") on October 24, 2008.

    On October 30, 2008, the Court dismissed the complaint with leave to amend. In that order, the Court explained:

> Plaintiff is reminded that an amended complaint supercedes the original complaint, Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997); King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987), and must be "complete in itself without reference to the prior or superceded pleading," Local Rule 15-220.

    On November 7, 2008, Plaintiff filed a letter in response to the Court's October 30, 2008, order. In his letter, he attempts to correct the deficiencies in his complaint and requests that the "amended complaint by added to the original." However, as the Court previously explained, an amended complaint must be complete without reference to the complaint, which has been dismissed. Accordingly, the November 7, 2008, **cannot** serve as Plaintiff's amended complaint.

     Plaintiff will be granted an additional thirty (30) days from the date of this letter to file an amended complaint that complies with the October 30, 2008, order.  <u>Failure to do so will result in a recommendation that this action be dismissed</u>.

    IT IS SO ORDERED.

   **Dated:**   **November 15, 2008**                   **/s/ Dennis L. Beck**
                                                       UNITED STATES MAGISTRATE JUDGE