# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY S. DAUBERT, | ) | 1:08cv1611 LJO DLB |
| | ) | |
| | ) | |
| | ) | ORDER DIRECTING PLAINTIFF |
| Plaintiff, | ) | TO SUBMIT USM-285 FORMS |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF LINDSAY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Timothy S. Daubert ("Plaintiff") is proceeding pro se and informa pauperis in this Americans with Disabilities Act ("ADA") action. He names the City of Lindsay as the Defendant.

**DISCUSSION**

A.  Screening Standard

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2); 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to

1 state a claim, leave to amend may be granted to the extent that the deficiencies of the complaint
2 can be cured by amendment.  Lopez v. Smith, 203 F.3d 1122 (9th Cir. 2000) (en banc).

3 B.     Plaintiff's Allegations

4      According to the amended complaint, Plaintiff is confined to a wheelchair.  He has
5 encountered numerous alleged obstacles that prevent him from using McDermont Field House, in
6 Lindsay, California.  Plaintiff alleges that he has brought certain violations to the attention of the
7 Lindsay Public Service Office, but the violations were not remedied.

8      Plaintiff's complaint appears to state a cause of action pursuant to Title II of the ADA.
9 42 U.S.C. § 12132.  Accordingly, IT IS HEREBY ORDERED that:

10     1.     Service is appropriate for the following Defendant:
11            City of Lindsay
12     2.     The Clerk of the Court shall send Plaintiff one USM-285 form, one summons, an
13            instruction sheet and a copy of the amended complaint filed December 1, 2008.
14     3.     Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete
15            the attached Notice of Submission of Documents and submit the completed
16            Notice to the Court with the following documents:
17            a.     One completed summons;
18            b.     One completed USM-285 form for each Defendant; and
19            C.     Two copies of the amended complaint filed on December 1, 2008.
20     4.     Plaintiff need not attempt service on Defendant and need not request waiver of
21            service.  Upon receipt of the above-described documents, the Court will direct the
22            United States Marshal to serve the above-named Defendant pursuant to Federal
23            Rule of Civil Procedure 4 without payment of costs.
24     5.     The failure to comply with this Order will result in a Recommendation that this
25            action be dismissed.

26     IT IS SO ORDERED.

27     Dated:   **December 23, 2008**            **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE
28