# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. DAUBERT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF LINDSAY,<br><br>　　　　　Defendant. | 08cv1611 LJO DLB<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR CLARIFICATION<br><br>(Document 15) |

　　　Plaintiff Timothy S. Daubert ("Plaintiff") is proceeding pro se and in forma pauperis in this action under the Americans with Disabilities Act. On January 7, 2009, the Court ordered the United States Marshal to serve Plaintiff's First Amended Complaint ("FAC").

　　　On January 22, 2009, Plaintiff filed a document requesting clarification on the Court's December 24, 2008, screening order. Plaintiff inquired about the Court's ruling on his request for a temporary injunction requiring the City of Lindsay to cease all events at McDermont Field House, as well as his request to inspect McDermont Field House.

　　　The Court will not rule on Plaintiff's request for injunctive based on the allegations in his FAC. Rather, his request must be made by noticed motion pursuant to Local Rule 65-231.

1 | Insofar as Plaintiff requests that he be allowed to inspect McDermont Field House for
2 | more violations, it is too early in the proceeding to decide such a request. Plaintiff must wait for
3 | the discovery period to commence, which will occur soon after Defendant files its answer.

5 | IT IS SO ORDERED.

6 | Dated:   **January 27, 2009**              /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE