# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. DAUBERT,<br><br>              Plaintiff,<br><br>   v.<br><br>CITY OF LINDSAY,<br><br>             Defendant. | 08cv1611 LJO DLB<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR INSPECTION AS MOOT<br><br>(Document 29) |

Plaintiff Timothy S. Daubert ("Plaintiff") is proceeding pro se and in forma pauperis in this action under the Americans with Disabilities Act.

On May 11, 2009, Plaintiff filed a motion requesting that the Court allow him to inspect McDermont Field House. The motion is signed and dated May 8, 2009.

Also on May 11, 2009, the parties appeared for a scheduling conference during which Defendant agreed to conduct a joint inspection with Plaintiff. The Court set a further scheduling conference for July 22, 2009.

Accordingly, as it appears that Plaintiff's request was addressed at the scheduling conference, his motion is DENIED AS MOOT.

IT IS SO ORDERED.

    Dated: **May 15, 2009**                   /s/ Dennis L. Beck
                                                                UNITED STATES MAGISTRATE JUDGE