# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY S. DAUBERT, | ) | 08cv1611 LJO DLB |
| | ) | |
| | ) | |
| | ) | ORDER DENYING PLAINTIFF'S |
| Plaintiff, | ) | MOTION FOR "RIGHT TO SUE" |
| | ) | |
| v. | ) | (Document 31) |
| | ) | |
| CITY OF LINDSAY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Plaintiff Timothy S. Daubert ("Plaintiff") is proceeding pro se and in forma pauperis in this action under the Americans with Disabilities Act.

    On June 24, 2009, Plaintiff filed a motion in which he requests that the Court "issue an Order granting [him his] right to sue the Defendant: City of Lindsay for monetary relief." He also requests that he be paid a consulting fee as an Americans with Disability Act consultant."

    Plaintiff does not need this Court's permission to "sue" the Defendant, as he already has an action under the ADA pending against the City of Lindsay. Nor is he entitled to a fee as an Americans with Disability Act consultant.

    To the extent Plaintiff suggests that the Court ordered the City of Lindsay to hire a consultant during the May 11, 2009, scheduling conference, he is mistaken. The Court suggested that the parties conduct a joint inspection of McDermont Field House in an attempt to identify the issues and informally resolve them. In this regard, the Court noted that Defendant "may"

want to hire a consultant.  According to Plaintiff's filing, he has inspected the field house and informed Defendant's counsel of the alleged violations.

     A further scheduling conference remains set for July 22, 2009, should the parties be unable to resolve the issues without further litigation.

     IT IS SO ORDERED.

     Dated:   **June 26, 2009**               **/s/ Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE