# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. DAUBERT ) | **NEW CASE NO. 1:08-CV-01611 DLB** |
| Plaintiff ) | ORDER ASSIGNING CASE RE PRESIDING JUDGE |
| vs ) | Old Case No. 1:08-cv-01611 LJO DLB |
| CITY OF LINDSAY, ) | |
| Defendant ) | |

IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Judge DENNIS L. BECK as Presiding Judge of the above entitled action. The parties have filed a Stipulation to Magistrate Judge jurisdiction to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

ALL FUTURE PLEADINGS SHALL BE

NUMBERED AS FOLLOWS:

1:08-CV-01611-DLB

IT IS SO ORDERED.

**Dated:   August 12, 2009**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE